UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT 2 8 2014

David J. Bradley, Clerk

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | § § | | |
| v. | § § § | Criminal No. | M-14-1610 |
| JOSE MARIA BUENO | | | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about June 12, 2014, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JOSE MARIA BUENO**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 105th JUDICIAL DISTRICT COURT OF KLEBERG COUNTY, Texas, on March 29, 2007, in cause number 98-CRF-525, for Possession of Marijuana, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Smith and Wesson pistol, Model SW9VE, 9mm in caliber.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1) and 924(a)(2)

Pursuant to Title 18, United States Code, Section 922(g)(1) and 924(a)(2), the United States gives notice to defendant,

**JOSE MARIA BUENO**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Smith and Wesson pistol, Model SW9VE, 9mm in caliber.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*Kimberly Ann Leo*
_____
ASSISTANT UNITED STATES ATTORNEY